UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


JOSHUA GRAY,

    Plaintiff,

v.                                    Civil Action No. 2:19-cv-00479

JASON LARSON,

    Defendant.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, filed August 29, 2019; and the magistrate judge having recommended that the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

Accordingly, it is ORDERED that this case be, and it hereby is, dismissed without prejudice.

The Clerk is directed to forward copies of this memorandum opinion and order to plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: January 14, 2020

John T. Copenhaver, Jr.
Senior United States District Judge